[No. 3115–2–III. Division Three. April 24, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. HELEN WESTON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 78–1–00299–0, Howard Hettinger, J., entered October 3, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 6436–3–I. Division One. April 28, 1980.]

MARK MCDERMOTT, *Respondent*, v. THOMAS E. AMOS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 829779, Francis E. Holman, J., entered March 15, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by James, A.C.J., and Andersen, J.

[No. 6967–5–I. Division One. April 28, 1980.]

*In the matter of the Estate of*
ILMA DORA BELLINGER.

HAROLD LARS MAIN, *Respondent*, v. BONNIE MOSES, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. E–228898, Barbara Durham, J., entered October 19, 1978. *Affirmed in part* and *reversed in part* by unpublished opinion per Dore, J., concurred in by Swanson and Ringold, JJ.